IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY MIELOCH : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 12-7104 |
| HESS CORPORATION : | |

**O R D E R**

**AND NOW**, this 12th day of July, 2013, upon consideration of Plaintiff Mary Mieloch's Motion to Compel Defendant, Hess Corporation, to Produce a Copy of the Recorded Interview Statement Provided by its Employee (ECF No. 16), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED**.

**IT IS SO ORDERED.**

BY THE COURT:


*/s/R. Barclay Surrick*
**U.S. District Judge**