IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY MIELOCH | : |
| | :    CIVIL ACTION |
| v. | : |
| | :    NO. 12-7104 |
| HESS CORPORATION | : |

## O R D E R

**AND NOW**, this  27th  day of  February , 2014, upon consideration of Defendant Hess Corporation's Motion for Summary Judgment (ECF No. 23), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that the Motion is **DENIED.**

**IT IS SO ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK,  J.**