IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY MIELOCH<br>v.<br>HESS CORPORATION | :    NO.: 2:12-cv-07104-RBS<br>:<br>: |

## STIPULATION OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on the application of the parties in the above-captioned action for entry of an order of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties having advised the Court that they have reached a settlement. It is therefore ORDERED, ADJUDGED AND DECREED that all of the claims, actions and causes of action which the plaintiff in the above-captioned action has, had, or may have, against any defendant in the above-captioned action, arising out of or relating in any way to any of the alleged matter, asserted or could have been asserted by the plaintiff against any defendant in this litigation are dismissed with prejudice.

MAMMUTH & ROSENBERG

BY: _____
Marc S. Rosenberg, Esquire
Attorney for Plaintiff,
Mary Mieloch

LITCHFIELD CAVO, LLP

BY: _____
Michael T. Droogan, Esquire
Attorney for Defendant,
Hess Corporation

BY THE COURT:

_____
                                  J.